WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Raymond Martin Sandoval,<br><br>　　　　　　Defendant. | No. CR-99-00510-001-PCT-RCB<br><br>**O R D E R** |

　　　The final disposition hearing currently set for April 7, 2014 at 11:30 a.m. is hereby **continued** until **April 21, 2014** at **10:00 a.m.** to allow for the timely filing of objections or requests for supplementation, if any, as provided for in the Findings and Recommendation of the Magistrate Judge upon Admission (Doc. 65). All other deadlines and restrictions set forth therein shall remain in effect. See Doc. 65 at 3:1-15. The final disposition hearing will be in Courtroom 606, 401 West Washington Street, Phoenix, AZ 85003 before the undersigned.

　　　DATED this 3rd day of April, 2014

_____
Robert C. Broomfield
Senior United States District Judge